UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LSI CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>ACE AMERICAN INSURANCE COMPANY, et al.,<br><br>             Defendants. | Case No.: 14-CV-04353-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Randy Hess
Defendant's Attorneys: Michael Goodstein; Brian Harrison

An initial case management conference was held on February 25, 2015.  A further case management conference is set for July 1, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by June 24, 2015.

The parties shall file a stipulation to dismiss defendant "ACE USA" without prejudice by March 6, 2015.

The parties are hereby referred to private mediation with a 90-day deadline.  By March 13, 2015, the parties shall select a mediator and mediation date.

The Court set the following case schedule:

1

Case No.: 14-CV-04353-LHK
CASE MANAGEMENT ORDER

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: March 31, 2015

FACT DISCOVERY CUTOFF: September 30, 2015

EXPERT DISCOVERY:
    Opening Reports: October 30, 2015
    Rebuttal Reports: December 15, 2015
    Close of Expert Discovery: January 29, 2016

DISPOSITIVE MOTIONS shall be filed by December 21, 2015, and set for hearing no later than February 11, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: April 7, 2016, at 1:30 p.m.

JURY TRIAL: May 2, 2016, at 9:00 a.m. Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: February 25, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04353-LHK
CASE MANAGEMENT ORDER