United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LSI CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 14-CV-04353-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties' joint case management statement, ECF No. 33, the Court hereby CONTINUES the case management conference set for July 1, 2015, at 2:00 p.m. to September 9, 2015, at 2:00 p.m.  In their joint case management statement, the parties indicate that they stayed discovery pending their private mediation.  The parties did so without the Court's knowledge or approval.  The parties are hereby on notice that the Court will not entertain requests to modify the case schedule, and that the fact discovery cutoff remains set for September 30, 2015.  *See* ECF No. 28.

**IT IS SO ORDERED.**

1

Case No. 14-CV-04353-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated: June 24, 2015

_____
LUCY H. KOH
United States District Judge