ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Pamela A. Bower (SBN 151701)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
rhess@ahklaw.com
pbower@ahklaw.com

Attorneys for Plaintiff
LSI CORPORATION

IT IS SO ORDERED
*Lucy H. Koh*
Judge Lucy H. Koh

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, ACE USA, business entity form unknown, and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO.: 5:14-CV-04353 LHK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff LSI Corporation and Defendant Ace American Insurance Company, through their undersigned counsel, that the above-captioned matter be and hereby is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A), with prejudice, each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: August 28, 2015

ADLESON, HESS & KELLY, APC

By: _____
RANDY M. HESS
PAMELA A. BOWER
Attorneys for LSI Corporation

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.: 5:14-cv-04353 LHK   STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE   1

1  IT IS SO STIPULATED.

2  Dated: August 28, 2015                    BAILEY CAVALIERI, LLC

                                             By: /s/ Michael R. Goodstein
                                             MICHAEL R. GOODSTEIN
                                             HOLLY W. WALLINGER
                                             Attorneys for Ace American
                                             Insurance Company

8  The Clerk shall close the case file.

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com